| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (650) 294-0759 | FOR COURT USE ONLY |
|---|---|---|
| GoNowProcessServices<br>800 Arbor Road<br>Menlo Park, CA 94025<br>ATTORNEY FOR  Self Represented | | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>SILVA, ALAN v. YANKA INDUSTRIES, INC. | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>C24-5264 PHK |
| **Declaration of Service** | | Ref. No. or File No:<br>X |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons Complaint Order Setting Initial Case Management Conference and ADR deadlines 3 Standing Orders of the assigned Judge; 1 Standing Order of the Court generally; and Local Rule 16-10

On: **YANKA INDUSTRIES, INC. dba MASTERCLASS**

I served the summons at:

**330 N Brand Blvd, #700  Glendale, CA 91203**

On: **8/19/2024**          Date:  **11:50 AM**

In the above mentioned action  by serving to and leaving with

**DIANA RUIZ  -  AUTHORIZED TO ACCEPT**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Justin Kaul**
  b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
  c. Telephone number: **650-364-9612**
  d. **The fee** for this service was: **75.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*[signature]*

**Justin Kaul**          Date: **08/19/2024**