Frank S. Hedin (SBN 291289)
Hedin LLP
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Attorney for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

CASE NO. 24-CV-05264-PHK

ALAN SILVA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YANKA INDUSTRIES, INC. D/B/A MASTERCLASS,

    Defendant.

**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Plaintiff Alan Silva, by and through undersigned counsel, hereby provides notice as required by this Court's Order Setting Initial Case Management Conference and ADR Deadlines and Civil Local Rule 3-15. (ECF No. 5). Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff Alan Silva

2. Frank S. Hedin (Counsel for Plaintiff)
3. Hedin LLP (Counsel for Plaintiff)
4. Defendant Yanka Industries, Inc. d/b/a Masterclass
5. ZwillGen, PLLC (Counsel for Defendant)
6. Dana Brusca (Counsel for Defendant)

Dated: September 3, 2024

    Respectfully submitted,

By: */s/ Frank S. Hedin*

Frank S. Hedin
*Attorney of Record for Plaintiff and the Putative Class*