1  Kelsey Harclerode (SBN 313976)
   kelsey@zwillgen.com
2  **ZWILLGEN PLLC**
   1900 M Street NW, Suite 250
3  Washington, DC 20036
   Telephone: (202) 296-3585
4  Facsimile: (202) 706-5298

5  
   Attorney for Defendant
6  **YANKA INDUSTRIES, INC. d/b/a**
   **MASTERCLASS**
7

8                 **UNITED STATES DISTRICT COURT**
9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11  ALAN SILVA,

12                  *Plaintiff*,                 Case No. 3:24-cv-05264-JD
                                                 Judge: James Donato
13          v.

14                                               **DEFENDANT YANKA**
    YANKA INDUSTRIES, INC. d/b/a                 **INDUSTRIES, INC. d/b/a**
15  MASTERCLASS                                  **MASTERCLASS**
                                                 **CERTIFICATION OF**
16                  *Defendant*.                 **INTERESTED ENTITIES OR**
                                                 **PERSONS PURSUANT TO FED.**
17                                               **R. CIV. P. 7.1 AND CIVIL L.R.**
                                                 **3-15**
18

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Defendant Yanka Industries, Inc. d/b/a MasterClass files this corporate disclosure statement and certifications of interested entities or persons, and hereby discloses, by and through its undersigned counsel, that (i) Yanka Industries, Inc. d/b/a MasterClass is a privately owned entity that has no parent company and (ii) there is no publicly held corporation owning 10% or more of Yanka Industries, Inc. stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, as of this date, other than the named parties, there is no interest identified in Civil L.R. 3-15 to report.

DATED: September 4, 2024

**ZWILLGEN PLLC**

By: */s/ Kelsey Harclerode*
Kelsey Harclerode
kelsey@zwillgen.com

**Attorney for Defendant**
Yanka Industries, Inc. d/b/a MasterClass