1  Kelsey Harclerode (SBN 313976)
   kelsey@zwillgen.com
2  **ZWILLGEN PLLC**
   1900 M Street NW, Suite 250
3  Washington, DC 20036
   Telephone: (202) 296-3585
4  Facsimile: (202) 706-5298
5
   Attorney for Defendant
6  **YANKA INDUSTRIES, INC. d/b/a**
   **MASTERCLASS**
7

                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**

  ALAN SILVA,                          Case No. 3:24-cv-05264-JD
                                       Judge: Hon. James Donato
              *Plaintiff*,

         v.                            **L.R. 6-1(a) STIPULATION TO**
                                       **EXTEND TIME TO ANSWER**
  YANKA INDUSTRIES, INC. d/b/a         **OR OTHERWISE RESPOND**
  MASTERCLASS                          **TO THE FRIST AMENDED**
                                       **COMPLAINT**
              *Defendant*.

Pursuant to Local Rule 6-1(a), Plaintiff Alan Silva ("Plaintiff") and Defendant Yanka Industries, Inc. d/b/a Masterclass ("Defendant"), (jointly the "Parties") hereby stipulate that Defendant may have until October 28, 2024 to answer or otherwise respond to the complaint in this matter. In support of this Stipulation, the parties state as follows:

**WHEREAS**, this case was filed on August 16, 2024 (ECF 1.);

**WHEREAS**, Defendant was served on August 19, 2024. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's original deadline to answer or otherwise respond to the complaint was September 9, 2024;

**WHEREAS,** on September 4, 2024, the Parties stipulated to an extension of time for Defendant to answer or otherwise respond to the complaint through and including October 9, 2024 (ECF 13);

**WHEREAS,** on September 27, 2024, Plaintiff filed a First Amended Complaint ("FAC") (ECF 15);

**WHEREAS**, the Parties have conferred and stipulate that, pursuant to Local Rule 6-1(a), Defendant may have an additional 30 days—through and including October 28, 2024—to answer or otherwise respond to the FAC. This stipulated extension will not alter the date of any event or any deadline already fixed by Court order;

**NOW, THEREFORE, THE PARTIES STIPULATE** that, pursuant to Civil Local Rule 6-1(a), Defendant Yanka Industries, Inc. d/b/a Masterclass shall answer or otherwise respond to the FAC by October 28, 2024.

**IT IS SO STIPULATED.**

DATED: October 1, 2024	**ZWILLGEN LAW LLP**

By:  */s/ Kelsey Harclerode*
Kelsey Harclerode
kelsey@zwillgen.com

**Attorney for Defendant**
Yanka Industries, Inc. d/b/a Masterclass

DATED: October 1, 2024                HEDIN LLP

By: /s/ Frank Hedin
Frank Hedin
fhedin@hedinllp.com

**Attorney for Plaintiff**
Alan Silva

## ATTESTATION

I, Kelsey Harclerode, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

By: /s/ Kelsey Harclerode
Kelsey Harclerode