1  Kelsey Harclerode (SBN 313976)
   kelsey@zwillgen.com
2  **ZWILLGEN PLLC**
3  1900 M Street NW, Suite 250
   Washington, DC 20036
4  Telephone: (202) 296-3585
   Facsimile: (202) 706-5298
5
6  Attorney for Defendant
   **YANKA INDUSTRIES, INC. d/b/a**
7  **MASTERCLASS**

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  ALAN SILVA and ELIZABETH                  Case No. 3:24-cv-05264-JD
    MALATY-UHR, individually and on behalf    Judge: Hon. James Donato
12  of all others similarly situated,

13                      *Plaintiffs*,         **JOINT STIPULATION REGARDING**
                                              **DEFENDANT'S TIME TO RESPOND**
14            v.                              **TO SECOND AMENDED COMPLAINT**

15
    YANKA INDUSTRIES, INC. d/b/a
16  MASTERCLASS

17                      *Defendant*.

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to Local Rule 6-1(a), Plaintiffs Alan Silva and Elizabeth Malaty-Uhr
2  ("Plaintiffs") and Defendant Yanka Industries, Inc. d/b/a Masterclass ("Defendant" and,
3  jointly with Plaintiff, "Parties") hereby stipulate and request that Defendant's time to answer
4  or respond be enlarged in light of the Plaintiffs' filing on October 24, 2024 of a Second
5  Amended Complaint.  Specifically:

6  **WHEREAS**, this case was filed on August 16, 2024 (ECF 1);

7  **WHEREAS**, Defendant was served on August 19, 2024, and the Parties stipulated that
8  Defendant would have until October 9, 2024, to answer, move or otherwise response to the
9  Complaint (ECF 13);

10 **WHEREAS,** on September 27, 2024, with Defendant's consent, Plaintiff Silva filed a First
11 Amended Complaint ("FAC") (ECF 15), and the Parties stipulated that Defendant's time to
12 answer, move, or otherwise respond to the FAC would be enlarged to October 28, 2024 (ECF 16);

13 **WHEREAS,** Plaintiff Silva on October 21, 2024, requested pursuant to Fed. R. Civ. P.
14 15(a)(2), Defendant's consent to amend their complaint a second time, which Defendant granted
15 on October 23, 2024;

16 **WHEREAS**, on October 24, 2024, Plaintiff Silva filed a Second Amended Complaint ("2d
17 Am. Compl.") that, among other changes, added a new Plaintiff, Elizabeth Malaty-Uhr (ECF 17);

18 **WHEREAS,** under Fed. R. Civ. P. 15(a)(3), absent this Joint Stipulation Defendant's
19 response to Plaintiffs' 2d Am. Compl. would be due on November 7, 2024;

20 **WHEREAS**, the Parties have conferred and stipulate that Defendant should have a modest
21 7-day enlargement to Defendant's time to answer, move or otherwise respond to the 2d Am.
22 Compl. so that the Defendant can address in its responsive pleading arguments under Fed. R. Civ.
23 P. 12(b)(6) and also any arguments to compel arbitration;

24 **WHEREAS,** the Parties do not seek the requested extension for purpose of delay or
25 harassment;

26 **WHEREAS,** this stipulated will not alter the date of any event or any deadline already
27 fixed by Court order.

28

1

JOINT STIPULATION REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT AND BRIEFING
SCHEDULE FOR A RESPONSE; CASE NO. 3:24-cv-05264-JD

**NOW, THEREFORE, THE PARTIES STIPULATE** that, pursuant to Civil Local Rule 6-1(a), Defendant Yanka Industries, Inc. d/b/a Masterclass shall answer, move, or otherwise respond to the 2d Am. Compl. by November 14, 2024.

**IT IS SO STIPULATED.**

DATED: October 28, 2024     **ZWILLGEN LAW LLP**

By: */s/ Kelsey Harclerode*
  Kelsey Harclerode
  kelsey@zwillgen.com

  **Attorney for Defendant**
  Yanka Industries, Inc. d/b/a Masterclass

DATED: October 28, 2024     **HEDIN LLP**

By: */s/ Frank Hedin*
  Frank Hedin
  fhedin@hedinllp.com

  **Attorney for Plaintiffs**
  Alan Silva & Elizabeth Malaty-Uhr

**ATTESTATION**

I, Kelsey Harclerode, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

By: */s/ Kelsey Harclerode*
  Kelsey Harclerode