UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALAN SILVA, et al.,

Plaintiff(s),

v.

YANKA INDUSTRIES, INC.,

Defendant(s).

Case No. 3:24-cv-05264-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Dana Brusca, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Yanka Industries, Inc. in the above-entitled action. My local co-counsel in this case is Sheri Pan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 316136.

1900 M Street NW, Suite 250
Washington, DC 20036
MY ADDRESS OF RECORD

202-706-5241
MY TELEPHONE # OF RECORD

dana@zwillgen.com
MY EMAIL ADDRESS OF RECORD

369 Pine Street, Suite 506
San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-590-2335
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sheri@zwillgen.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 9001972.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 29, 2024

Dana Brusca
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Dana Brusca is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/30/2024

_____
UNITED STATES DISTRICT JUDGE