|   |   |
|---|---|
| 1 | Kelsey Harclerode (SBN 313976) |
| 2 | kelsey@zwillgen.com |
|   | Dana Brusca (*pro hac vice*) |
| 3 | dana@zwillgen.com |
|   | **ZWILLGEN PLLC** |
| 4 | 1900 M Street NW, Suite 250 |
|   | Washington, DC 20036 |
| 5 | Telephone: (202) 296-3585 |
|   | Facsimile: (202) 706-5298 |
| 6 |   |
| 7 | Sheri Pan (SBN 316136) |
|   | sheri@zwillgen.com |
| 8 | ZWILLGEN LAW LLP |
|   | 369 Pine Street, Suite 506 |
| 9 | San Francisco, CA 94104 |
|   | Telephone: (415) 590-2335 |
| 10 |   |
| 11 | Attorneys for Defendant |
|   | **YANKA INDUSTRIES, INC. d/b/a** |
| 12 | **MASTERCLASS** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| ALAN SILVA and ELIZABETH MALATY-UHR, individually and on behalf of all others similarly situated, | Case No. 3:24-cv-05264-JD |
|---|---|
| *Plaintiff*, | **DECLARATION OF SHERI PAN IN SUPPORT OF DEFENDANT YANKA INDUSTRIES, INC. d/b/a MASTERCLASS'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |
| v. |   |
| YANKA INDUSTRIES, INC. d/b/a MASTERCLASS | Judge:         Hon. James Donato |
|   | Hearing Date: January 23, 2025 |
| *Defendant.* | Time:          10:00 a.m. |
|   | Courtroom:   11, 19th Floor |

I, Sheri Pan, declare as follows:

1. I am an attorney in the law firm of ZwillGen Law LLP, a member of the Bar of California, and am admitted to practice before this Court in the above related matter. I am one of the counsel for Defendant in this action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Exhibit A is a true and accurate copy of the webpage appearing https://web.archive.org/web/20241008190852/https://developers.facebook.com/docs/meta-pixel/get-started/. I located the webpage by taking the following steps:

   a. I browsed to the Internet Archive's homepage at https://archive.org/;
   b. I entered the URL "https://developers.facebook.com/docs/meta-pixel/get-started" into the field for the Internet Archive's Wayback Machine, located at the top of the page;
   c. On search results page, I browsed to the archived version of the webpage appearing at https://developers.facebook.com/docs/meta-pixel/get-started on October 8, 2024 (i.e., near the date the Second Amended Complaint was filed), clicked on the version archived at 19:08:52, and took a screen capture of the resulting webpage.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: November 14, 2024          By: /s/ Sheri Pan
                                       Sheri Pan

DECLARATION OF SHERI PAN IN SUPPORT OF DEFENDANT YANKA INDUSTRIES, INC. d/b/a MASTERCLASS'S MOTION TO DISMISS; CASE NO. 3:24-CV-05264-JD