1  Kelsey Harclerode (SBN 313976)
   kelsey@zwillgen.com
2  Dana Brusca (*pro hac vice*)
   dana@zwillgen.com
3  **ZWILLGEN PLLC**
   1900 M Street NW, Suite 250
4  Washington, DC 20036
   Telephone: (202) 296-3585
5  Facsimile: (202) 706-5298
6
7  Sheri Pan (SBN 316136)
   sheri@zwillgen.com
8  ZWILLGEN LAW LLP
   369 Pine Street, Suite 506
9  San Francisco, CA 94104
   Telephone: (415) 590-2335
10
11 Attorneys for Defendant
   **YANKA INDUSTRIES, INC. d/b/a**
12 **MASTERCLASS**
13
                    **UNITED STATES DISTRICT COURT**
14                 **NORTHERN DISTRICT OF CALIFORNIA**
15

16 | | |
   |---|---|
17 | ALAN SILVA and ELIZABETH MALATY-UHR, individually and on behalf of all others similarly situated, | Case No. 3:24-cv-05264-JD |
18 | | |
   | *Plaintiff,* | **[PROPOSED] ORDER GRANTING DEFENDANT YANKA INDUSTRIES, INC. d/b/a MASTERCLASS'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
19 | | |
20 | v. | |
21 | YANKA INDUSTRIES, INC. d/b/a MASTERCLASS | Judge:        Hon. James Donato |
22 | | Hearing Date: January 23, 2025 |
   | *Defendant.* | Time:          10:00 a.m. |
23 | | Courtroom:   11, 19th Floor |
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANT YANKA INDUSTRIES, INC. d/b/a MASTERCLASS'S
MOTION TO DISMISS SECOND AMENDED COMPLAINT; CASE NO. 3:24-cv-05264-JD

1

2

3

4

     Having considered Defendant Yanka Industries, Inc. d/b/a MasterClass's Motion to Dismiss Plaintiffs' Second Amended Complaint, Plaintiffs' opposition thereto, Defendant's reply, and all associated pleadings and exhibits, the Court hereby rules and orders as follows:

5

     **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint is GRANTED pursuant to Federal Rule of Civil Procedure 12(b)(6).

6

7

     **IT IS SO ORDERED.**

8

9

Dated: _____, 2024

10

                                             Hon. James Donato
                                             United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT YANKA INDUSTRIES, INC. d/b/a MASTERCLASS'S MOTION TO DISMISS SECOND AMENDED COMPLAINT; CASE NO. 3:24-cv-05264-JD