# EXHIBIT A





[*Google Sign In Flow: user enters Google account email and password*]





5