# Exhibit C

# MasterClass

**ɯ** learn.masterclass.com/endofyear

## MasterClassEnd of Year 2023 Offer Terms and Conditions

**Effective as of December 28, 2023**

PLEASE READ THESE TERMS CAREFULLY AND IN FULL. THEY CONTAIN CERTAIN CONDITIONS AND RESTRICTIONS ON THE AVAILABILITY AND USE OF THIS MASTERCLASS END OF YEAR OFFER, INCLUDING WHAT HAPPENS AFTER YOUR INITIAL ANNUAL MEMBERSHIP PERIOD ENDS.

## INTRODUCTION

This 2023 MasterClass End of Year Offer (the "**End of Year Offer**") is made available by Yanka Industries, Inc. dba MasterClass. To redeem, a purchase of a MasterClass annual membership must be completed without exiting the offer checkout flow and is valid for one-time use only.

This End of Year Offer will expire on **December 31, 2023 at 11:59 PM** (Pacific Time).

## THE OFFER

The End of Year Offer entitles you to purchase one year of MasterClass annual membership at a discounted rate of 40% off. The discount off your order will be identified at checkout. By accepting this End of Year Offer, you agree to the Terms of Service and that your information will be processed according to the Privacy Policy.

## AUTOMATIC SUBSCRIPTION AND CANCELLATION

The annual membership is an auto-renewing annual subscription. Once purchased, the MasterClass annual membership will automatically renew 365 days from the date of your purchase **at the then-current full non-promotional price**, if not canceled prior to renewal. Unless you cancel before the end of your current term, your payment method will automatically be charged every subsequent year at the then-current non-promotional price. To cancel, you must log into your MasterClass account and follow the prompts on the Settings page.

## ELIGIBILITY

To be eligible for the End of Year Offer, you must:

**(A)** not be a current MasterClass member (as determined by the email address associated with the active account);

**(B)** be able to provide MasterClass with a valid and current payment method; and,

**(C)** complete your purchase before December 31, 2023 at 11:59 PM (Pacific Time) and sign up through MasterClass' website directly using the offer code or link and not through a third party.

## AVAILABILITY

MasterClass reserves the right to modify or terminate this End of Year Offer at any time and for any reason. This End of Year Offer is only available for a limited time.

This End of Year Offer may only be available in certain jurisdictions. Void where prohibited. Limit one promotional purchase per person (as determined by the email address associated with the active account). This End of Year Offer may not be combined with any other sale, promotion, discount, code, coupon and/or offer. This End of Year Offer is not transferable, exchangeable, or redeemable for cash, credit, or gift cards, nor is it valid toward previous purchases or extensions of existing memberships. Other restrictions may apply.

This End of Year Offer cannot be applied to MasterClass at Work.

For more information, see our [FAQs](FAQs).