| | |
|---|---|
| 1 | Sheri Pan (SBN 316136) |
| 2 | sheri@zwillgen.com |
|   | ZWILLGEN LAW LLP |
| 3 | 369 Pine Street, Suite 506 |
|   | San Francisco, CA 94104 |
| 4 | Telephone: (415) 590-2335 |
| 5 | Dana Brusca (*pro hac vice*) |
|   | dana@zwillgen.com |
| 6 | **ZWILLGEN PLLC** |
| 7 | 1900 M Street NW, Suite 250 |
|   | Washington, DC 20036 |
| 8 | Telephone: (202) 296-3585 |
|   | Facsimile: (202) 706-5298 |
| 9 | |
| 10 | Attorneys for Defendant |
|   | **YANKA INDUSTRIES, INC. d/b/a** |
| 11 | **MASTERCLASS** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MALATY-UHR, | Case No. 3:24-cv-05264-JD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT YANKA INDUSTRIES, INC. d/b/a MASTERCLASS'S MOTION TO COMPEL ARBITRATION AS TO PLAINTIFF MALATY-UHR** |
| v. | |
| YANKA INDUSTRIES, INC. d/b/a MASTERCLASS | |
| Defendant. | Judge:          Hon. James Donato |
| | Hearing Date: January 23, 2025 |
| | Time:           10:00 a.m. |
| | Courtroom:   11, 19th Floor |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 3:24-cv-05264-JD

Having considered Defendant Yanka Industries, Inc. d/b/a MasterClass' Motion to Compel Arbitration as to Plaintiff Elizabeth Malaty-Uhr, Plaintiff's opposition thereto, Defendant's reply, and all associated pleadings and exhibits, the Court hereby rules and orders as follows:

IT IS HEREBY ORDERED pursuant to 9 U.S.C. § 3 that Defendant's Motion to Compel Arbitration is GRANTED and all claims and relief alleged by Plaintiff Elizabeth Malaty-Uhr in the Second Amended Complaint must be arbitrated pursuant to the terms of the parties' arbitration agreement.

**IT IS SO ORDERED.**

Dated: _____

                                                              Hon. James Donato
                                                              United States District Judge